# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JANICE W. COATES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:17-00094-KD-M |
| | ) | |
| **CITY OF JACKSON, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

In accordance with the Order issued on May 22, 2018 (Doc. 38), it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered against Plaintiff Janice Coates and in favor of Defendant City of Jackson, Alabama, such that Plaintiff's claims against the Defendant are **DISMISSED**.

**DONE** and **ORDERED** the 22nd day of May 2018.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**